

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00767-CV

**IN THE INTEREST OF G.D., A.V.D., AND E.D.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-04150
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On November 25, 2019, because the filing fees had not been paid, we ordered Appellant to pay the filing fees not later than December 9, 2019. After the filing fees remained unpaid, on December 27, 2019, we dismissed this appeal for Appellant's failure to pay the filing fees.

On January 13, 2020, Appellant filed a motion for rehearing which provides written proof that Appellant has paid the filing fee. Appellee filed a written response opposing Appellant's motion.

Appellant's motion for rehearing is GRANTED; Appellee's motion is DENIED.

We WITHDRAW our December 27, 2019 opinion and judgment. We direct the clerk of this court to reinstate this appeal on the court's docket and reinstate the appellate timetable.

The clerk's and reporter's records are due within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court